

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB - 5 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | No. |
| ) | |
| RAMIZ ZIJAD HODZIC, ) | **4:15CR00049 CDP/DDN** |
| a/k/a Siki Ramiz Hodzic ) | |
| SEDINA UNKIC HODZIC, ) | |
| NIHAD ROSIC, ) | |
| a/k/a Yahya AbuAyesha Mudzahid, ) | |
| MEDIHA MEDY SALKICEVIC, ) | |
| a/k/a Medy Ummuluna, ) | |
| a/k/a Bosna Mexico, | |
| ARMIN HARCEVIC, | |
| JASMINKA RAMIC, | |
| Defendants. | |

## ORDER

It appearing to the Court that the following defendants, to wit,

RAMIZ ZIJAD HODZIC,
a/k/a Siki Ramiz Hodzic
SEDINA UNKIC HODZIC,
NIHAD ROSIC,
a/k/a Yahya AbuAyesha Mudzahid,
MEDIHA MEDY SALKICEVIC,
a/k/a Medy Ummuluna,
a/k/a Bosna Mexico,
ARMIN HARCEVIC,
JASMINKA RAMIC,

have been indicted by the grand jury, and that the defendants have not yet been taken into custody,

nor has the defendant yet given bail for the defendant's appearance to answer said indictment, it is

by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court

until said defendants are in custody, have given bail for the defendant's final appearance or, in

accordance with local practice, the United States Attorney's Office has notified the Clerk's Office that there is no longer a reason to seal said indictment.

*[signature]*
UNITED STATES DISTRICT JUDGE

Dated this  5th  day of February 2015.