UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
FEB - 5 2015
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                     )<br>               Plaintiff,                    )<br>                                                     )<br> v.                                               )    No.<br>                                                     )<br> RAMIZ ZIJAD HODZIC,             )<br> a/k/a Siki Ramiz Hodzic,            )   **4:15CR00049 CDP/DDN**<br> SEDINA UNKIC HODZIC,          )<br> NIHAD ROSIC,                          )<br> a/k/a Yahya AbuAyesha Mudzahid, )<br> MEDIHA MEDY SALKICEVIC,   )<br> a/k/a Medy Ummuluna,              )<br> a/k/a Bosna Mexico,                  )<br> ARMIN HARCEVIC,                   )<br> JASMINKA RAMIC,                   )<br>                                                     )<br>               Defendants.               ) | |

### GOVERNMENT'S ENTRY OF APPEARANCE

COME Now Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Howard J. Marcus, and Kenneth R. Tihen, Assistant United States Attorneys for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Matthew T. Drake*
MATTHEW T. DRAKE, 46499MO
Assistant United States Attorney

*/s/ Howard J. Marcus*
HOWARD J. MARCUS
Assistant United States Attorney

*/s/ Kenneth R. Tihen*
KENNETH R. TIHEN
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri   63102