UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB - 5 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4: 15 CR 00049 CDP (DDN) |
| ) | **FILED UNDER SEAL** |
| RAMIZ ZIJAD HODZIC, ) | |
| a/k/a Siki Ramiz Hodzic, ) | |
| SEDINA UNKIC HODZIC, ) | |
| NIHAD ROSIC, ) | |
| a/k/a Yahya AbuAyesha Mudzahid, ) | |
| MEDIHA MEDY SALKICEVIC, ) | |
| a/k/a Medy Ummuluna, ) | |
| a/k/a Bosna Mexico, ) | |
| ARMIN HARCEVIC, ) | |
| JASMINKA RAMIC, ) | |
| , ) | |
| ) | |
| Defendants. ) | |

## MOTION AND ORDER TO TEMPORARILY UNSEAL
## THE COURT'S CASE WITHOUT PREJUDICE

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and moves the Court to temporarily unseal the Government's Indictment to obtain certified copies of said Indictment which are needed for purposes of providing copies of the same to Assistant United States Attorneys in other federal districts so that they may use the information contained therein in applications for additional warrants and legal process that will enable law enforcement to locate fugitives, those being the

defendants named in the indictment. The Government requests the file be resealed after the certified copies have been obtained.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/ Matthew T. Drake
MATTHEW T. DRAKE, 46499MO
Assistant United States Attorney

SO ORDERED:

/s/ David D. Noce
HONORABLE DAVID D. NOCE
United States Magistrate Judge

Date: Feb. 5, 2015