UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15 CR 00049 CDP DDN |
| ) | |
| ARMIN HARCEVIC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF INTENT TO USE FOREIGN**
**INTELLIGENCE SURVEILLANCE ACT INFORMATION**

COMES NOW Respondent, the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, and hereby files this Notice for the Court and the captioned defendant:

The United States Attorney for the Eastern District of Missouri hereby provides notice to the captioned defendant and to the Court, that pursuant to Title 50, United States Code, Section 1806(c) the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as

1

amended, 50 U.S.C. §§ 1801-1812.

          Respectfully submitted,

          RICHARD G. CALLAHAN
          United States Attorney

          *s/MATTHEW T. DRAKE*
          MATTHEW T. DRAKE – 46499MO
          Assistant United States Attorney
          111 South 10th Street, 20th Floor
          St. Louis, MO 63102
          (314) 539-2200

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 10, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

          *s/MATTHEW T. DRAKE*
          MATTHEW T. DRAKE – 46499MO