RECEIVED
MAR 1 0 2015
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____EASTERN_____ DIVISION

UNITED STATES OF AMERICA )
Plaintiff, )
)
)
V. ) Case No. 4:15-CR-00049 CDP/DDN
RAMIZ ZIJAD HODZIL, et al. )
)
Defendant. )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____CHARLES D. SWIFT_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing _____ARMIN HARCEVIC_____ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
CHARLES DAVIDSON SWIFT
(b) Address, telephone number and fax number of the movant-attorney;
833 E. Arapaho Rd, Ste 102, Richardson TX 75081  972.914.2507
(c) Name of the firm or letterhead under which the movant practices;
Constitutional Law Center for Muslims in America (CLCMA)
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
Seattle University Law School, Seattle, Washington, May 1994
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
See Attached list of courts and dats of admittance
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.
See Attached Certificate of Good Standing from Texas
(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.
Correct

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

Rec 48670

## Admitted to Practice Before

- State Bar of Texas (October 2014)
- Eastern District of Texas (August 2013)
- US District Court, Western District of Washington (November 2009)
- State Bar of Washington (October 2009)
- District of Columbia Court of Appeals (May 2009)
- United States Court of Appeals for the Ninth Circuit (December 2008)
- Supreme Court of the United States (March 2006)
- Court of Appeals for the Armed Forces (December 1994)
- North Carolina Supreme Court (September 1994)

# CONSTITUTIONAL LAW CENTER
## FOR MUSLIMS IN AMERICA

RECEIVED
MAR 10 2015
BY MAIL

March 9, 2015

US District Court
Eastern District of Missouri
Clerk's Office
111 – South 10th St.
St. Louis, MO  63102

Dear Clerk's Office:

Enclosed please find my Motion for Admission Pro Hac Vice, along with my Certificate of Good Standing form the state of Texas and a check for $100 for the Pro Hac fee.

I have also included my E-Filing Registration form.  I emailed this in last week, but I have not received a response back with a log in ID or Password.  So in case you needed an original copy, I have sent it in to be set up on the Missouri ECF System.

Please let me know as soon as possible if I am missing anything, and I will get it to you forthwith.

I look forward to hearing back from you and from the Court as to my admission.

Regards-

Charles Swift
Attorney, CLCMA

833 E ARAPAHO RD, STE 102 • RICHARDSON TX 75081 • PHONE: 972-914-2507 • FAX: 972-692-7454