# EXHIBIT LIST

Style: *USA v Mediha Medy Salkicevic*
Case Number: **4:15CR49CDP-DDN**

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 1 | | 3/11/15 | GW1 | | | Photograph | |
| 2 | | 3/11/15 | GW1 | YES | | Photograph | |
| 3 | | 3/11/15 | GW1 | YES | | Photograph | |
| 4 | | 3/11/15 | GW1 | YES | | Photograph | |
| 5 | | 3/11/15 | GW1 | YES | | Status update on Facebook | |
| 6 | | 3/11/15 | GW1 | YES | | Photograph | |
| 7 | | 3/11/15 | GW1 | YES | | Photograph | |
| 8 | | 3/11/15 | GW1 | YES | | Photograph | |
| 9 | | 3/11/15 | GW1 | YES | | Conversation from facebook with Photo | |
| 10 | | 3/11/15 | GW1 | | | Memo and Order from Mag. Judge Jeffery Cole | |

☐ EXHIBITS RETURNED TO COUNSEL    EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    **ID** = first date exhibit is used    **W#** = first witness to ID exhibit

**OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date

**PAGE __1___ OF ___1___**