UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15 CR 49 CDP / DDN |
| | ) | |
| ARMIN HARCEVIC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

  The Court is advised that the arrest of defendant Armin Harcevic has occurred in the Northern District of California and that proceedings are pending against him in the United States District Court for that district.  Further, a packet of documents regarding the financial sufficiency of certain real estate located in this district has been provided to the Clerk of this Court for review for the purpose of securing the release of defendant in that district.  This Court is advised that proposed surety Sanela Dulic Harcevic is the spouse of defendant Armin Harcevic and she resides in the Northern District of California; and that proposed surety Fata Dulic, the mother of surety Sanela Dulic Harcevic, resides in this district.

  After reviewing the proffered documentation, the Court finds that the proffered documents for the real estate which is located at 4120 Upton Court, St. Louis, Missouri 63116 indicate a fair market value of $117,900.00.   Therefore, without limitation of the authority of this Court under 18 U.S.C. § 3145,

  **IT IS HEREBY ORDERED** that both Sanela Dulic Harcevic and Fata Dulic sign (a) an appearance bond in the amount of $117,900.00, subject to conditions of release; and (b) an Agreement to Forfeit the subject property.

  **IT IS FURTHER ORDERED** that a hearing is set in this Court for Tuesday, March 17, 2015 at 2:30 p.m. for the signing of the aforesaid documents by surety Fata

Dulic. A duplicate original of each of these two documents may be signed by Sanela Dulic Harcevic under oath in the Northern District of California.

/s/ David D. Noce<br>
**UNITED STATES MAGISTRATE JUDGE**

Signed on March 16, 2015.