UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RAMIZ ZIJAD HODZIC,<br>a/k/a Siki Ramiz Hodzic, | ) ) ) ) Cause No. 4:15-CR-0049 CDP- DDN |
| SEDINA UNKIC HODZIC, | ) ) |
| NIHAD ROSIC,<br>a/k/a Yahya AbuAyesha Mudzahid, | ) ) ) ) |
| MEDIHA MEDY SALKICEVIC,<br>a/k/a Medy Ummuluna,<br>a/k/a Bosna Mexico, | ) ) ) ) |
| ARMIN HARCEVIC, and | ) ) |
| JASMINKA RAMIC, | ) ) |
| Defendants. | ) |

## GOVERNMENT'S NOTICE OF APPEAL OF
## ORDER GRANTING PRE-TRIAL RELEASE TO DEFENDANT

The United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Assistant United States Attorney for said District, hereby appeals the Pre-Trial Release Order of Defendant, Armin Harcevic issued on March 17, 2015, by United States Magistrate Paul Grewal, in the case of United States v. Ramiz Zijad Hodzic, et al, 4:15-CR-0049 CDP- DDN in the United States District Court for the Eastern District of Missouri.

Respectfully submitted,

RICHARD G. CALLAHAN
UNITED STATES ATTORNEY

/s/ *Matthew T. Drake*
Matthew T. Drake – 46499MO
Assistant United States Attorney

CERTIFICATE OF SERVICE

    I certify that on March 18, 2015, a true and correct copy of the foregoing Government's Motion for Stay of Order of Release was served on the Court's electronic filing system

/s/ *Matthew T. Drake*
Matthew T. Drake – 46499MO
Assistant United States Attorney