UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | 4:15CR00049 CDP/DDN |
| | ) | |
| JASMINKA RAMIC, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR LEAVE TO FILE D DOCUMENT UNDER SEAL**

COMES NOW, J. Christian Goeke, attorney for the Defendant, Donald Maguire, in the above-styled cause, and hereby requests leave of the Court to file a Motion for Bond under seal. Defendant's Motion is being filed contemporaneously with the Clerk's Office by operation of the Court's electronic filing system.

Respectfully Submitted,

_/s/ J. Christian Goeke___
J. Christian Goeke #39462MO
7711 Bonhomme Avenue
Suite 850
Clayton, MO 63105
(314) 862-5110
(314) 862-5943- Facsimile
chris@jcgoekelaw.com

**CERTIFICATE OF SERVICE**

      Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following on this 28th day of March, 2015 to:

Matthew Drake
Assistant United States Attorney
111 S. 10th Street
St. Louis, Missouri 63102

                                        */s/ J. Christian Goeke*
                                        J. Christian Goeke #39462MO
                                        Attorney for Defendant