UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:15 CR 49 CDP / DDN |
| ARMIN HARCEVIC, et al., | ) |
| Defendants. | ) |

## ORDER MODIFYING CONDITIONS OF RELEASE

The court has carefully considered the pending requests in the motion of defendant Armin Harcevic (Doc. 194) that he be allowed to telephone his mother in Bosnia and to be allowed to engage employment in this district. The government does not object to defendant communicating by telephone with his mother in Bosnia, but does object to defendant being allowed to engage in gainful employment in this district.

After considering the positions of the parties, and discussing this matter with the Pretrial Services Office,

**IT IS HEREBY ORDERED** that the conditions of release of defendant Armin Harcevic are modified to allow defendant to communicate with his mother by telephone in Bosnia.

**IT IS FURTHER ORDERED** that the conditions of release for defendant are modified to allow defendant to be gainfully employed outside his residence, as approved by and under the supervision of the Pretrial Services Office in consultation with counsel for both this defendant and the United States.



/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on September 17, 2015.