UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | 4:15CR00049 CDP/DDN |
| ) | |
| RAMIZ ZIJAD HODZIC, et al., ) | |
| ) | |
| Defendant. ) | |

## JOINT REQUEST FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS

COME now Defendants, by and through undersigned counsel, and hereby request an extension of time to file a Motion to Dismiss. In support of said request, Defendants hereby state as follows:

1. At the Status Conference on August 20, 2015, this Court set the date of October 7, 2015, for the filing of Defendants' Non-Evidentiary Motions to Dismiss (Document 193).

2. All counsel have been engaged in preparing their respective Pretrial Motions, including non-evidentiary Motions to Dismiss challenging the contents of the Indictment.

3. After investigation and research, counsel believe that to file a meaningful Motion to Dismiss, it is necessary to delve deeper into the voluminous discovery material with our respective clients.

4. Given the complexity of this matter, as well as the volume of discovery received, and potentially to be received, and the need for experts to assist in the translating of discovery materials related to such a Motion, Defendants collectively request additional time to prepare and file their respective Pretrial Motions, including Non-Evidentiary Motions to Dismiss.

5. Counsel would request that this Court set a new deadline at the Status Conference set for Thursday, October 8, 2015.

6. This request for an extension of the Motion deadline certainly would not preclude any individual Defendant from filing a Motion before it is due.

7. Counsel for Defendants have discussed this motion with Assistant U.S. Attorney Matthew Drake who has no objection to this request for extension.

WHEREFORE, for the foregoing reasons, Defendants request this Court grant their joint request for an extension of time to file any motions as Ordered by this Court on August 20, 2015 (Doc. 193), and for any and further relief this Court finds just and prudent under the circumstances.

Respectfully Submitted,

*/s/ Diane Dragan*
Diane Dragan
Kevin Curran
Attorney for Defendant Ramiz Hodzic
1010 Market St., Suite 200
Saint Louis, Missouri 63101
Telephone:   (314) 241-1255
Facsimile:   (314) 421-3177
Diane_Dragan@fd.org
Kevin_Curran@fd.org

*/s/ Paul J. D'Agrosa*
Paul J. D'Agrosa
Attorney for Sedina Hodzic
7710 Carondelet Avenue, Suite 200
Clayton, Missouri 63105
Telephone:   (314) 725-8019
Facsimile:   (314) 725-8443
paul@wolffdagrosa.com

/s/  JoAnn Trog
JoAnn Trog                42725MO
Attorney for Nihad Rosic
121 West Adams Avenue
Saint Louis, Missouri 63122
Telephone:     (314) 821-1111
Facsimile:     (314) 821-0798
jtrogmwb@aol.com

/s/  Andrea E. Gambino
Andrea E. Gambino
Attorney for Defendant Mediha Salkicevic
53 West. Jackson Blvd., Su. 224
Chicago, Illinois 60604
Telephone:     (312) 322-0014
Facsimile:     (312) 841-9696
agambinolaw@jmail.com

/s/ Charles D. Swift
Charles D. Swift
Catherine McDonald
Attorney for Defendant Armin Harcevic
833 E. Arapaho Road, Suite 102
Richardson, Texas 75081
Telephone:     (972) 914-2507
Facsimile:     (972) 692-7454
cswift@clcma.org

**CERTIFICATE OF SERVICE**

Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following on this 6th  day of October, 2015 to:

Matthew Drake
Assistant United States Attorney
111 S. 10th Street
St. Louis, Missouri 63102

/s/  JoAnn Trog
Attorney for Defendant Nihad Rosic

3