UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

THE UNITED STATES OF AMERICA    )
                                )
            Plaintiff,          )
                                )
vs.                             )
                                )    4:15CR00049 CDP
                                )
JASMINKA RAMIC,                 )
                                )
            Defendant.          )

### DEFENDANT JASMINKA RAMIC'S RESPONSE TO PRESENTENCE REPORT

COMES NOW the Defendant, Jasminka Ramic, by and through her attorney, J. Christian Goeke, and files the following response to the Presentence Report prepared in this matter: Subject to a conversation with U.S. Probation Officer Thomas Sullivan, Defendant has no objection to the facts contained in the Presentence Report.

Respectfully submitted,

*/s/ J. Christian Goeke*
J. Christian Goeke #39462MO
Attorney for Defendant
7711 Bonhomme Avenue
Suite 850
Clayton, Missouri 63105
(314) 862-5110
(314) 862-5943– Facsimile
chris@jcgoekelaw.com

## CERTIFICATE OF SERVICE

Signature of the foregoing document is also certification that a true and correct copy has been filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following on this 14th day of December, 2015 to:

Matthew Drake
Assistant United States Attorney
111 S. 10th Street
St. Louis, Missouri 63102

I hereby certify that on the 14th day of December, 2015, a copy of the foregoing was sent to Thomas Sullivan, United States Probation Officer, via e-mail at Thomas_Sullivan@moep.uscourts.gov.

*/s/ J. Christian Goeke*
J. Christian Goeke #39462MO
Attorney for Defendant