IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
v. )      Case No. 4:15 CR 49 CDP
)                        (DDN)
RAMIZ ZIJAD HODZIC, )
)
Defendant. )

## DEFENDANT RAMIZ ZIJAD HODZIC'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Defendant Ramiz Zijad Hodzic, through his attorney, Assistant Federal Public Defender Diane Dragan, objects to the Magistrate Judge's August 22, 2016 Report and Recommendation as follows:

1.    In his Motion to Dismiss the Indictment, Hodzic argued that:

a.    Count I of the indictment failed to satisfy Fed. R. Crim. P. 7(c)'s criteria because it illogically and absurdly alleges that the defendants conspired to prepare to conspire.

b.    The indictment fails to allege that Hodzic intended to aid "an act that would constitute the offense of murder, . . . or maiming," necessitating dismissal of Counts I and III.

c.    The indictment's failure to correctly allege section 2339A's mens rea is not only inconsistent with the statute, it violates the Constitution.

d.    The indictment is defective because it fails to inform defendant who was to be the target of the conspiracy to murder and maim as well as the location, timing, and nature of the harm to be inflicted, thus failing to satisfy Fed. R. Crim. P. 7 and 12.

2.    The Report and Recommendation rejects Hodzic's arguments, recommending that the Court deny his motion to dismiss.

3.    Hodzic objects to this recommendation and reasserts the indictment's defects as argued in his motion to dismiss and the memorandum in support of this motion.

4.    Hodzic notes that he has an affirmative defense of lawful combatant immunity and will file the requisite notice of this defense so that evidence may be presented or developed in support of it in pretrial proceedings.

Dated September 9, 2016.

Respectfully submitted,

/s/Diane Dragan
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail:

Attorney for Defendant Ramiz Hodzic

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Assistant United States Attorney Matthew Drake.


/s/ Diane Dragan