UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RAMIZ ZIJAD HODZIC, SEDINA UNKIC HODZIC, NIHAD ROSIC, MEDIHA MEDY SALKICEVIC, and ARMIN HARCEVIC. | ) ) ) ) ) ) |
| Defendants. | ) |

No. 4:15 CR 49 CDP / DDN

## ORDER

**IT IS HEREBY ORDERED** that the defendants' joint unopposed motion for additional time to file pretrial motions (ECF No. 345) is sustained as follows:

Defendants must file any further "traditional" pretrial motions no later than **January 30, 2017.** The government may file a response no later than **February 20, 2017.** Defendants may file a reply, if any, no later than **March 1, 2017.**

Defendants must file a proffer of evidence of any affirmative defense to be decided by the jury no later than **January 30, 2017**. The government may file a response no later than **February 20, 2017.** Defendant may file a reply, if any, no later than **March 1, 2017**.

**IT IS FURTHER ORDERED** that, considering the information set forth in the joint motion of the defendants for additional time to file pretrial motions (ECF No. 345), and for the reasons set forth in the Order finding this case to be complex (ECF No. 35), the time from the arraignment of the defendants to the date further pretrial motions or the waiver thereof are to be filed, as set forth in the instant Order, continues to be excluded from computation of the latest date for the trial setting as prescribed by the Speedy Trial Act. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** that the pretrial evidentiary hearing is reset for the week of **March 20, 2017.**

**IT IS FURTHER ORDERED** that the court's scheduling orders dated June 20, 2016 and August 23, 2016 (ECF. Nos. 305, 329) are **VACATED** as moot.

**IT IS FURTHER ORDERED** that a conference of the court and counsel for all parties to discuss the presentation of evidence in the pretrial evidentiary hearing is set for **Thursday, February 9, 2017, at 2:00 p.m.**

    /s/   David D. Noce
UNITED STATES MAGISTRATE JUDGE

Signed on October 5, 2016.