UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:15 CR 49 CDP-4 |
| MEDIHA MEDY SALKICEVIC, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the U. S Attorney's motion [363] is granted and this matter is set for a hearing as to **defendant Mediha Medy Salkicevic on Friday, March 17, 2017 at 4:00 p.m.** in Courtroom 14 South to make a record of any formal plea offers made by the government to this defendant, as contemplated by *Missouri v. Frye,* 566 U.S. 133, 132 U.S. 1399, 1408-09 (2012). **Defendant Mediha Medy Salkicevic's appearance in person is required at this hearing.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2017.