UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| RAMIZ ZIJAD HODZIC, SEDINA UNKIC HODZIC, NIHAD ROSIC, MEDIHA MEDY SALKICEVIC, and ARMIN HARCEVIC, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 4:15 CR 49 CDP / DDN

**SECOND AMENDED SCHEDULING ORDER
REGARDING AFFIRMATIVE DEFENSE**

**IT IS HEREBY ORDERED** that the unopposed joint motion of the defendants for a three-week extension of time to file their memorandum in support of combatant immunity as an affirmative defense (Doc. 387) is sustained as follows.

1) The defendants may have until **July 21, 2017**, to file their proffer of specific items of evidence and the specific facts to be proven by the evidence, to support the lawful combatant affirmative defense;

2) The government may have until **August 11, 2017**, to file its response;

3) The defendants may have until **August 25, 2017**, to file their reply.

                                                   **/s/     David D. Noce**
                                            **UNITED STATES MAGISTRATE JUDGE**

Signed on June 29, 2017.