Facebook Business Record



**Image**



| | |
|---|---|
| **Id** | 498572630240997 |
| **Title** | |
| **Photo** | http://sphotos-e.ak.fbcdn.net/hphotos-ak-xfp1/t31.0-8/q80/s720x720/1400307_498572630240997_1568597274_o.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=498572630240997&set=a.503967879701472.1073741825.100002647935197&type=1 |
| **Upload Ip** | 31.6.90.97 |
| **Album Name** | Untitled Album |
| **Uploaded** | 2013-11-21 11:03:18 UTC |
| **Tags** | |

**Image**



| | |
|---|---|
| **Id** | 493401760758084 |
| **Title** | |
| **Photo** | http://sphotos-e.ak.fbcdn.net/hphotos-ak-xpf1/t1.0-9/s720x720/10282_493401760758084_251363697_n.jpg |
| **Link** | http://www.facebook.com/photo.php?fbid=493401760758084&s=a.503967879701472.1073741825.100002647935197&type=1 |
| **Upload Ip** | 94.55.100.18 |
| **Album Name** | Untitled Album |
| **Uploaded** | 2013-11-09 13:10:36 UTC |
| **Tags** | |
| **Comments** | |

|  | |
|---|---|
| **User** | Ramiza Kurdic Kopic (100000003519549) |
| **Text** | duse drage da vas Allah sacuva od svakog zla |
| **Time** | 2013-11-09 13:16:30 UTC |

| | |
|---|---|
| **User** | Bernes Beko Zepco (100000417285248) |
| **Text** | Akhi dobar taj motor moze li jedan krug za me . |
| **Time** | 2013-11-09 14:05:05 UTC |

| | |
|---|---|
| **User** | Medy UmmuLuna (1464797848) |
| **Text** | Jeli to Tomos :) |
| **Time** | 2013-11-09 18:01:45 UTC |

| | |
|---|---|
| **User** | Abdullah Ramo Mudzahid (100002647935197) |
| **Text** | AMIN WE IJJAKE, NIJE TOMOS NEKI KINESKI DOBAR IDE , MALO TROSI ELLHAMDU LILLAH |