UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| RAMIZ ZIJAD HODZIC, | ) No. 4:15 CR 49 CDP / DDN |
| SEDINA UNKIC HODZIC, | ) |
| NIHAD ROSIC, | ) |
| MEDIHA MEDY SALKICEVIC, and | ) |
| ARMIN HARCEVIC, | ) |
| Defendants. | ) |

**THIRD AMENDED SCHEDULING ORDER**
**REGARDING AFFIRMATIVE DEFENSE**

**IT IS HEREBY ORDERED** that the unopposed motion of the government for a 45-day extension of time to file a response to defendants' motions to dismiss and affirmative defense concerning combatant immunity (Doc. 397) is sustained as follows.

1) The government has until **September 25**, **2017,** to file its response;

2) Defendants have until **October 10, 2017**, to file a reply, if any.

　　　　　　　　　　　　　　　　　　/s/     David D. Noce
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Signed on August 11, 2017**.**