## United States District Court
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

Gregory J. Linhares　　　　　　　　　　　　　　　　　　　　　　　　Phone: 314-244-7900
 Clerk of Court

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following foreign passport to Immigration and Customs Enforcement – Attn: Field Office Director, 101 W. Congress Pkwy., Suite 4000, Chicago, IL 60605**.**

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Alalewi, Hala | A8362883 | 4:18-CR-01017-AGF-001 | 09/27/2019 |
| Harcevic, Armin | 6289471 | 4:15-CR-00049-CDP-005 | 08/09/2019 |
| Jaghama, Naseem | 0627778 | 4:19-CR-00417-JAR-001 | 10/24/19 |

Dated this 6th day of November, 2019.

_____
Rodney W. Sippel
Chief United States District Judge