UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15 CR 00049 CDP DDN |
| ) | |
| RAMIZ ZIJAD HODZIC, ) | |
| a/k/a Siki Ramiz Hodzic, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF JUDICIAL REMOVAL

Upon the application of the United States of America, by Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Matthew T. Drake, Howard J. Marcus, and Kenneth R. Tihen, Assistant United States Attorneys for said District; upon the Factual Allegations in Support of Judicial Removal; upon the stipulated request for a judicial order of removal and the consent of Ramiz Zijad Hodic ("defendant") and upon all prior proceedings and submissions in this matter, and full consideration having been given to the matter set forth herein, the Court finds the following:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Yugoslavia and citizen of Bosnia-Herzegovina ("Bosnia").

3. The defendant was admitted to the United States as a refugee under section 207 of the Immigration and Nationality Act ("INA" or "Act"), on or about February 10, 1998, at New York, New York.

4.	At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of Missouri, of the following counts charged in the Indictment: Count One, conspiring to provide material support in furtherance of a crime of terrorism, in violation of Title 18, United States Code, Section 2339A; and Count Three, providing material support in furtherance of a crime of terrorism, in violation of Title 18, United States Code, Section 2339A.

5.	The maximum term of imprisonment for a conviction of Count One – conspiracy to provide material support in furtherance of a crime of terrorism, in violation of Title 18, United States Code, Section 2339A – is 15 years. The maximum term of imprisonment for a conviction of Count Three – providing material support in furtherance of a crime of terrorism, in violation of Title 18, United States Code, Section 2339A – is 15 years.

6.	The defendant is, and at sentencing will be, subject to removal from the United States pursuant to Section 237(a)(4)(B) of the INA, as amended, 8 U.S.C. § 1227(a)(4)(B), as an alien described in Section 212(a)(3)(B)(i)(I) of the INA, 8 U.S.C. § 1182(a)(3)(B)(i)(I), for having engaged in terrorist activity, specifically as defined in 1) Section 212(a)(3)(B)(iv)(IV)(aa) of the INA, 8 U.S.C. § 1182(a)(3)(B)(iv)(IV)(aa), by soliciting funds or other things of value for a terrorist activity; 2) Section 212(a)(3)(B)(iv)(VI)(aa) of the INA, 8 U.S.C. § 1182(a)(3)(B)(iv)(VI)(aa), by committing an act that he knew, or reasonably should have known, afforded material support for the commission of a terrorist activity; and 3) Section 212(a)(3)(B)(iv)(VI)(aa) of the INA, 8 U.S.C. § 1182(a)(3)(B)(iv)(VI)(aa), by committing an act that he knew, or reasonably should have known, afforded material support to an individual he knew, or reasonably should have known, has committed or plans to commit a terrorist activity.

7.  The defendant has knowingly and voluntarily waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8.  The defendant knowingly, voluntarily, and willingly waived his rights to any and all forms of relief or protection from removal, deportation, or exclusion under the INA, as amended, and related federal regulations.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C § 1228(c), that the defendant is ordered removed from the United States to Bosnia or to any other country as prescribed by the immigration laws and regulations of the United States, promptly upon sentencing and satisfaction of his sentence.

Dated this 14th day of November, 2019.

*[signature]*
THE HONORABLE CATHERINE D. PERRY
UNITED STATES DISTRICT COURT JUDGE