UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.     4:15 CR 00049 CDP |
| NIHAD ROSIC , | ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above named Defendant and, pursuant to Local Rule 12.07,

notifies the Court as follows:

☐   **A Notice of Appeal will be filed by defense counsel within the time allowed by law.**

☒   **Defense counsel has explained to defendant his/her right to appeal and defendant has not requested that counsel file a Notice of Appeal.**

☐   **The defendant declines to sign this notice.**

(<u>Note</u>:  **Defense counsel should check the appropriate box(es) above.)**

_____
Date

_____
Signature of Attorney

☒   **I have been fully informed of my right to appeal the final judgment in this case, I do not wish to file a Notice of Appeal, and I have instructed my attorney not to file a Notice of Appeal.**

7/23/20
Date

_____
Signature of Defendant