# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

---

No: 19-2755

---

United States of America

Plaintiff - Appellee

v.

Armin Harcevic

Defendant - Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:15-cr-00049-CDP-5)

---

**JUDGMENT**

Before SMITH, Chief Judge, WOLLMAN, and LOKEN, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 09, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Michael E. Gans