UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:15 CR 49 CDP / DDN |
| ) | |
| ) | |
| NIHAD ROSIC, ) | |
| ) | |
| Defendants. ) | |

### ORDER MODIFYING CONDITIONS OF RELEASE

There being no objection by the government or the Pretrial Services Office to the subject motion,

**IT IS HEREBY ORDERED** that the motion of defendant Nihad Rosic for an order modifying his conditions of prehearing release **[Doc. 773] is sustained,** in that the prehearing condition of home detention is replaced with a curfew to be determined by the Pretrial Services Office.  The hearing on this motion previously set for February 24, 2023, **is vacated.**


　　　　　　　　　　　　　　　　　　　　  /S/    David D. Noce
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**

Signed on February 23, 2023.